13,561E
Erin R. Thompson, Esquire
Attorney ID#: 018371990
**BIRCHMEIER & POWELL LLC**
COUNSELLORS AT LAW
1891 STATE HIGHWAY 50, P. O. BOX 582
TUCKAHOE, NEW JERSEY 08250
(609) 628-3414
Attorneys for Defendants, Township of Galloway; Tiffany Morrissey n/k/a/ Tiffany Cuviello and Township of Galloway Planning Board

| | |
|---|---|
| WHITE GLOVE HOSPITALITY, LLC, t/a CLARION/COMFORT SUITES; 338 WHP, LLC t/a HAMPTON INN; KISHOR GHELANI and CANNON K. GHELANI,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF GALLOWAY; TIFFANY MORRISSEY, n/k/a TIFFANY CUVIELLO; TOWNSHIP OF GALLOWAY PLANNING BOARD; and JOHN DOES (1-5),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY ATLANTIC COUNTY – LAW DIVISION<br><br><br>Docket No.: ATL-L-002637-19<br><br>Civil Action<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** |

TO:    Clerk, Law Division
       **SUPERIOR COURT OF NEW JERSEY**
       **ATLANTIC COUNTY COURT HOUSE**
       1201 Bacharach Boulevard
       Atlantic City, NJ 08401

       Gregory J. Mutchko, Esquire
       **MUTCHKO LAW OFFICES, LLC**
       22 North Shore Road
       Absecon, NJ 08201
       Attorneys for Plaintiffs

       PLEASE TAKE NOTICE that the Defendants, Township of Galloway; Tiffany Morrissey n/k/a/ Tiffany Cuviello and Township of Galloway Planning Board has filed a Notice of Removal, a copy of which is attached hereto and made a part hereof, to the Clerk of the United States District Court for the District of New Jersey, Camden Vicinage.

                                             Respectfully submitted,
                                             **BIRCHMEIER & POWELL LLC**

DATED: December 23, 2019                     BY:/s/ Erin R. Thompson
                                                ERIN R. THOMPSON, ESQUIRE
                                                Attorneys for Defendants